*T. Ludlow Chrystie* and *Horace I. Brightman* for F. L. M. Masury.

*Robert B. Bach* for county treasurer.

Order affirmed, with costs; no opinion.
All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM P. LYON et al., Appellants, *v.* JOSEPH H. HALSTED et al., Assessors of the Town of Bedford, Respondents.

*People ex rel. Lyon* v. *Halsted,* 26 App. Div. 316, affirmed.
(Submitted April 18, 1899; decided May 2, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 20, 1898, affirming an order of Special Term dismissing a writ of certiorari to review an assessment.

*William P. Fiero* for appellants.

*Charles Haines* for respondents.

Order affirmed, with costs; no opinion.
All concur.

---

MARY HARRIS, Appellant, *v.* CHARLES H. TAYLOR et al., Defendants; WILLIAM C. LESSTER, Respondent; D. PHŒNIX INGRAHAM, as Receiver, Appellant.

*Harris* v. *Taylor,* 35 App. Div. 462; 36 App. Div. 635, appeal dismissed.
(Argued April 18, 1899; decided May 2, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 21, 1899, reversing an order of Special Term made in a proceeding for the settlement of a receiver's accounts, and directing payment of a sum of money by the receiver to the appellant. The notice of appeal also brings up for review a prior order of the same Appellate Division, entered Decem-

ber 23, 1898, reversing an order of Special Term denying the defendant Lesster's motion for a payment to himself.

*William H. Harris* and *Paul R. Towne* for appellant.

*Elbert Crandall* for receiver, appellant.

*J. Baldwin Hands* for respondent.

Appeal dismissed, with costs, on the authority of *N. Y. Security & Trust Co.* v. *Saratoga Gas & El. L. Co.* (156 N. Y. 645).

All concur.

---

SARAH C. H. SCRIPTURE, Appellant, *v.* FANNIE MORRIS, Impleaded, etc.; WILLIAM H. GOOD, Purchaser, Respondent.

*Scripture* v. *Morris,* 38 App. Div. 377, affirmed.
(Argued April 18, 1899; decided May 2, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 7, 1899, reversing an order of Special Term directing a purchaser upon a foreclosure sale to complete his purchase.

*Frank G. Wild* for appellant.

*Robert H. Wilson* for respondent.

Order affirmed, with costs; no opinion.
All concur, except HAIGHT, J., not voting.

---

THE PEOPLE OF THE STATE OF NEW YORK *v.* FAMILY FUND SOCIETY.

In the Matter of the Application of EUGENE H. SHORB et al., Respondents, *v.* FRANCIS V. S. OLIVER, Receiver, Appellant.

*People* v. *Family Fund Society,* 31 App. Div. 166, appeal dismissed.
(Submitted April 18, 1899; decided May 2, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered